UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 14-6180 FMO (FFMx) | Date | Nov. 16, 2015 |
|---|---|---|---|
| Title | Wilshire Bank v. Protective Life Ins. Co., et al. | | |

Present: The Honorable  Fernando M. Olguin, United States District Judge

| Vanessa Figueroa | None | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):  Attorney Present for Defendant(s):

None Present  None Present

**Proceedings:**  (In Chambers) Order to Show Cause Re: Sanctions for Failure to Comply with Settlement Requirements

Pursuant to the Court's Order September 2, 2015, the parties were required to complete their settlement conference by November 5, 2015.  (See Court's Order of September 2, 2015, at 14).  Moreover, if the case settled, the Court's Order of September 2, 2015, required to parties to file a Notice of Settlement no later than 24 hours after settlement. (See id.)  Otherwise, the parties were required to file a Status Report Re: Settlement no later than 48 hours after the settlement proceeding.  (See id.).

A review of the case docket discloses that a neither a Notice of Settlement nor Status Report Re: Settlement has been filed.

Accordingly, IT IS ORDERED THAT lead counsel for the parties shall attend a hearing on **Thursday, November 19, 2015**, at **10:00 a.m.** in Courtroom 22 of the Spring Street Courthouse to show cause why sanctions should not be imposed for failure to comply with the court's orders. .

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
|  | Initials of Preparer | | vdr |